DINA STAPLETON
PRO SE
402 Broadway, Apt. 74
San Francisco, CA 94133
(415) 373-7672

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DINA STAPLETON,<br><br>    Plaintiff Pro Se,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No. 3:16-CV-1929 JST<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Plaintiff shall have a first extension of time of 90 days to file her Motion for Summary Judgment in response to Defendant's Answer. The new due date for filing Plaintiff's Motion for Summary Judgment will be March 4, 2017.

    This extension is necessary for Plaintiff to find an attorney to represent her in this matter. Plaintiff Pro Se sincerely apologizes to the Court and to Defendant for any

STIPULATION TO EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT, AND ~~PROPOSED~~ ORDER; CASE NO. 3:16-CV-1929-JST

1

inconvenience caused by this delay. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 29, 2016

/s/ Dina Stapleton
(* as authorized by phone on 11/29/16)
Plaintiff Pro Se

Dated: November 30, 2016

BRIAN J. STRETCH
United States Attorney
SARA WINSLOW,
Chief, Civil Division
By: /s/ Jeffrey Chen
(* as authorized by e-mail on 11/30/2016)
JEFFREY CHEN
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER:

APPROVED AND SO ORDERED

Dated: December 1, 2016

By: _____
THE HONORABLE JUDGE JON S. TIGAR
United States District Judge

STIPULATION TO EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT, AND ~~PROPOSED~~ ORDER; CASE NO. 3:16-CV-1929-JST

2