# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINA J. STAPLETON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.16-cv-01929-JST<br><br>**ORDER GRANTING STIPULATION FOR A SECOND EXTENSION OF TIME**<br><br>Re: ECF No. 14 |

　　　The parties have filed a stipulated request to extend the Plaintiff's deadline to file her motion for summary judgment by ninety days. ECF Nos. 14. The Court previously granted a similar request for an extension of time. ECF No 13.

　　　The Court grants the request and extends the Plaintiff's deadline to file her motion for summary judgment to June 2, 2017. The Court's scheduling order shall be modified accordingly. However, the Court does not anticipate granting similar requests for extensions of time in the future.

　　　IT IS SO ORDERED.

Dated: February 28, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge